COURT
OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

 

                                        NO.
2-07-372-CV

 

 

IN THE INTEREST OF K.R.C. AND K.R.C.                                                 

                                                    

                                               ----------

 

            FROM
THE 323rd DISTRICT COURT OF TARRANT COUNTY

 

                                              ------------

 

                  MEMORANDUM
OPINION[1]
AND JUDGMENT

 

                                              ------------

 

On November 19, 2007,
December 4, 2007, and December 20, 2007, we notified appellant, in accordance
with rule of appellate procedure 42.3(c), that we would dismiss this appeal
unless the $175 filing fee was paid.  See
Tex. R. App. P. 42.3(c).  Appellant has not paid the $175 filing
fee.  See Tex. R. App. P. 5, 12.1(b).








Because appellant has failed
to comply with a requirement of the rules of appellate procedure and the Texas
Supreme Court=s order of
August 28, 2007,[2]
we dismiss the appeal.  See Tex. R. App. P. 42.3(c), 43.2(f).

Appellant shall pay all costs
of this appeal, for which let execution issue. 
See Tex. R. App. P.
43.4.

PER CURIAM

 

PANEL
D:  LIVINGSTON, DAUPHINOT, and HOLMAN,
JJ.  

 

DELIVERED:  January 24, 2008  











[1]See Tex. R. App. P. 47.4.





[2]See
Supreme Court of Tex., Order Regarding Fees Charged in Civil Cases in the
Supreme Court and the Courts of Appeals and Before the Judicial Panel on
Multidistrict Litigation, Misc. Docket No. 07-9138 (Aug. 28, 2007) (listing
fees in court of appeals).